**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 173 EAL 2019

           Respondent           :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court
           v.                         :

                                     :

MUJAHID MUHAMMAD,            :

                                     :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.